FREDERICK W. WEHRUM, Respondent, *v.* CHARLES V. WEHRUM, Individually and as Executor of CHARLES C. WEHRUM, Deceased, et al., Appellants, Impleaded with Others.

*Wehrum* v. *Wehrum,* 179 App. Div. 814, appeal dismissed.
(Argued October 14, 1919; decided November 18, 1919.)

APPEAL from a judgment entered January 29, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury, and directing judgment in favor of plaintiff in an action to partition certain real property.

*Jeremiah T. Mahoney* and *J. Archer Hodge* for appellants.

*Oscar Wagner* and *Bernard Kronthal* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.